## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PROTECT PT,

              Petitioner

      v.

PENN TOWNSHIP ZONING HEARING BOARD,

              Respondent

      v.

OLYMPUS ENERGY LLC, APEX ENERGY (PA), LLC, AND THE TOWNSHIP OF PENN,

              Respondents

: No. 446 WAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.